**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mohammed Y. Alam** | Social Security number or ITIN  **xxx–xx–9825** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Illinois**

Case number:  **17–13077**

# Order of Discharge
**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mohammed Y. Alam

October 10, 2018                **For the court:** Jeffrey P. Allsteadt, Clerk
                                United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 17-13077-JPC
Mohammed Y. Alam                                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cpatterso          Page 1 of 2          Date Rcvd: Oct 10, 2018
                             Form ID: 318             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db              +Mohammed Y. Alam,    17 Natoma Dr.,    Oak Brook, IL 60523-7711
25679809        +American Medical Research Inc,    2159 W Madison St #C1,    Chicago, IL 60612-2307
26988913        +Bauch & Michaels, LLC,    53 W. Jackson Blvd., Suite 1115,    Chicago, IL 60604-3566
26200240        +Douglas J. Sury,    Keay & Costello, P.C.,    128 S. County Farm Road,    Wheaton, IL 60187-2400
25583905        +Fatima Alam,    17 Natoma Dr.,    Oak Brook IL 60523-7711
26409286        +IL Dept of Financial & Prof Regulation,    100 W Randolph St 9th Floor,    Chicago IL 60601-3227
26210858        ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                  CHICAGO IL 60664-0291
                 (address filed with court:  Illinois Department of Revenue,    Bankruptcy Section,    PO Box 19035,
                  Springfield, IL 62794-9035)
25583903         Linebarger Goggan Blair & Sampson,    PO Box 06140,    ChicagoIL 60606-0140
25583895        +Loyola University Medical Center,    2160 S. First Ave.,    MaywoodIL 60153-3328
25583896         Nicor Gas,    P.O. Box 5407,    Carol Stream IL60197-5407
25583897        +Oakbrook Shopping Center, LLC,    c/o Rubin I. Gonzalez,    311 S. Wacker Dr., Ste. 4300,
                  ChicagoIL 60606-6655
25583904         PHH Mortgage Services,    PO Box 5459,    Mount Laurel NJ08054-5459
25583899        +Richard P. Bogusz,    Bogusz and Bogusz Ltd,    166 W. Washington St., Ste. 500,
                  ChicagoIL 60602-2351
25700337        +U.S Bank, N.A, as Trustee for Citigroup Mortgage L,    PHH Mortgage Corporation,
                  One Mortgage Way., Mailstop SV-01,    Mt. Laurel, NJ 08054-4624
25583900        +U.S. Bank, NA, as Trustee,    c/o Shapiro Kreisman Associates LLC,
                  2121 Waukegan Rd., Suite 301,    Bannockburn IL 60015-1831
26988914         United States Trustee,    U.S. Trustee Payment Center,    P.O. Box 70937,
                  Charlotte, NC 28272-0937
25583901         United States of America,    Department of the Treasury, IRS,    PO Box 7346,
                  Philadelphia PA19101-7346
25679808        +Vaughn G Bentley Esq,    IL Dept of Fin & Prof Regulation,    100 W Randolph St Ste 9-300,
                  Chicago, Il 60601-3229
25583902        +Webster Bank, N.A.,    c/o Lauren Newman, Thompson Coburn LLP,    55 E. Monroe Street 37th Floor,
                  Chicago IL 60603-6029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              EDI: QFJKOKOSZKA.COM Oct 11 2018 06:28:00     Frank J Kokoszka,    Kokoszka & Janczur, P.C.,
                  19 South LaSalle,    Suite 1201,    Chicago, IL  60603-1419
25583892        +E-mail/Text: comedbankruptcygroup@exeloncorp.com Oct 11 2018 02:53:25     ComEd,
                  P.O. Box 6111,    Carol Stream IL 60197-6111
27153021        +E-mail/Text: comedbankruptcygroup@exeloncorp.com Oct 11 2018 02:53:25
                  Commonwealth Edison Co,    3 Lincoln Center,    Attn: Bankruptcy  Section,
                  Oak Brook Terrace IL 60181-4204
25695445        +E-mail/Text: comedbankruptcygroup@exeloncorp.com Oct 11 2018 02:53:25
                  Commonwealth Edison Company,    Attn: Bankruptcy Department,    1919 Swift Drive,
                  Oakbrook Terrace, IL 60523-1502
27153022         EDI: IRS.COM Oct 11 2018 06:28:00     Department of the Treasury,    Internal Revenue Service,
                  P.O. Box 7346,    Philadelphia PA 19101-7346
25583893         E-mail/Text: collector@dupageco.org Oct 11 2018 02:51:08     DuPage County Collector,
                  DuPage County Treasurer,    421 N. County Farm Road,    WheatonIL 60187-2553
25583894        +E-mail/Text: rev.bankruptcy@illinois.gov Oct 11 2018 02:51:43     Illinois Dept. of Revenue,
                  Bankruptcy Section,    P.O. Box 64338,    ChicagoIL 60664-0291
27153023        +E-mail/Text: bankrup@aglresources.com Oct 11 2018 02:50:24     NICOR Northern Illinois Gas,
                  Attention Bankruptcy & Collections,    PO Box 549,    Aurora IL 60507-0549
26917078        +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 11 2018 02:51:35     Office of the U.S. Trustee,
                  219 S. Dearborn St.,    Room 873,    Chicago, IL 60604-2027
25583898        +E-mail/Text: twoerthwein@gmail.com Oct 11 2018 02:53:39     Old Oak Brook Corporation,
                  c/o Woerthwein & Miller,    70 W. Madison St. #2675,    ChicagoIL 60602-4223
                                                                                      TOTAL: 10


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26271815         Loyola University Medical Center
25603640*       +INTERNAL REVENUE SERVICE,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
26917081*       +Office of the U.S. Trustee,    219 S. Dearborn St.,    Room 873,    Chicago IL 60604-2027
                                                                         TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: cpatterso          Page 2 of 2          Date Rcvd: Oct 10, 2018
                              Form ID: 318             Total Noticed: 29
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
          Carolina Y. Sales    on behalf of Debtor 1 Mohammed Y. Alam csales@bauch-michaels.com,
           smohan@bauch-michaels.com
          Frank J Kokoszka    trustee@k-jlaw.com,  fkokoszka@ecf.epiqsystems.com
          Kenneth A. Michaels, Jr    on behalf of Debtor 1 Mohammed Y. Alam kmichaels@bauch-michaels.com,
           smohan@bauch-michaels.com
          Lauren  Newman    on behalf of Creditor    Webster Bank NA lnewman@thompsoncoburn.com,
           chicagodocketing@thompsoncoburn.com;aversis@thompsoncoburn.com;bray@thompsoncoburn.com
          Michael J  Kalkowski    on behalf of Creditor    U.S Bank, N.A, as Trustee for Citigroup Mortgage
           Loan Trust, Inc mkalkowski@logs.com,  BK_IL_Notice@fisherandshapirolaw.com
          Michael J  Kalkowski    on behalf of Creditor    U.S Bank, N.A, as Trustee for Citigroup Mortgage
           Loan Trust, Inc. mkalkowski@logs.com,  BK_IL_Notice@fisherandshapirolaw.com
          Michael J  Kalkowski    on behalf of Creditor    U.S Bank, N.A, as Trustee for Citigroup Mortgage
           Loan Trust, Inc., mkalkowski@logs.com,  BK_IL_Notice@fisherandshapirolaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Paul M Bauch    on behalf of Debtor 1 Mohammed Y. Alam pbauch@bauch-michaels.com,
           smohan@bauch-michaels.com
                                                                              TOTAL: 9
```