UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>MOHAMMED Y. ALAM<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   17-13077<br><br>Chapter:  7<br><br>Honorable Jacqueline Cox |

## ORDER GRANTING TRUSTEE'S MOTION TO EMPLOY A REAL ESTATE BROKER

This matter coming to be heard on the Motion (the "Motion") of Frank Kokoszka, not individually but as the chapter 7 trustee (the "Trustee") for the bankruptcy estate of MOHAMMED Y. ALAM (the "Debtor") seeking entry of an order authorizing the employment of Adam Wolverton and Berkshire Hathaway HomeServices KoenigRubloff Realty Group (collectively, "Berkshire") as real estate broker to sell the real estate commonly known as 17 Natoma Drive, Oak Brook, IL 60523  (the "Real Estate") for a commission rate of 5%, plus $495; notice of the Motion having been provided to Debtor's counsel; and the court being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

The Motion  is granted and the Trustee is authorized to employ Berkshire as his real estate broker with a commission rate of 5%, plus $495 to sell the Real Estate, with payment of any fees and expenses subject to further order of the Court.

Enter:  *Jacqueline P. Cox*
J. Cox

Dated: DEC 11 2018

United States Bankruptcy Judge

**Prepared by:**
Zane L. Zielinski (6278776)
THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.   815-846-8516
e.  trustee@zanezielinski.com

Rev: 20151029_bko